**VASHTI TROTMAN v. JAMES THOMAS and LELIA MAE THOMAS, his wife.**

16 So. (2nd) 640  
February 8, 1944  
Rehearing Denied March 3, 1944

January Term, 1944  
En Banc

*Harry Goodmark,* for appellant.  
*Otis R. Parker, Jr.,* for appellee.

ADAMS, J.:

The questions presented by this appeal are the propriety of habeas corpus to obtain custody of a minor child and the sufficiency of the evidence to sustain the order appealed from.

It is the law beyond question that habeas corpus is a proper remedy in such cases. We find the evidence sufficient to sustain the judgment, hence the same is affirmed.

BUFORD, C. J., BROWN, CHAPMAN and SEBRING, JJ., concur.

THOMAS, J., dissents.

TERRELL, J., not participating.